Case 2:22-cr-00218-JFW Document 1 Filed 05/19/22 Page 1 of 5 Page ID #:1

FILED
CLERK, U.S. DISTRICT COURT
5/19/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: _____VAM_____ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | CR No. 2:22-cr-00218-JFW |
|---|---|
| Plaintiff, | I N F O R M A T I O N |
| v. | [18 U.S.C. § 1343: Wire Fraud] |
| CARMEN WICK,<br>    aka "Carmen Punongbayan," | |
| Defendant. | |

The United States Attorney charges:

[18 U.S.C. § 1343]

A.   INTRODUCTORY ALLEGATIONS

At times relevant to this Information:

1.   Defendant CARMEN WICK, also known as "Carmen Punongbayan," resided in Los Angeles County, California.

2.   Defendant WICK was the controller of Sun Pacific Marketing Cooperative, Inc. ("Sun Pacific"), a California family-owned-and-operated grower and seller of produce, including the brand Cuties Clementines and Mandarins, with headquarters in Pasadena, California. In her capacity as controller, defendant WICK was in charge of daily

accounting duties such as accounts receivable, accounts payable, and invoicing, and oversaw the payroll process for employee compensation.

3. Defendant WICK was authorized by Sun Pacific to direct Sun Pacific's outside payroll administrator, Automatic Data Processing, Inc. ("ADP"), to issue bi-weekly payroll and other payments to Sun Pacific employees.

4. Defendant WICK maintained a personal checking account held at Wells Fargo Bank in her name in account number ending xx-7169, an account WICK used for direct deposits of payroll payments from Sun Pacific ("WICK's bank account"). Defendant WICK also used a personal checking account held at OneUnited Bank in the name of defendant's relative, J.P., account number ending xx-6156, for direct deposits of payroll payments from Sun Pacific ("J.P.'s bank account").

5. Sun Pacific held a payroll account at Wells Fargo Bank in California in the name of Sun Pacific Marketing Cooperative, Inc. Payroll Account number ending xx-4511 ("Sun Pacific's payroll account").

6. ADP held accounts at Wells Fargo Bank in Minneapolis, Minnesota, in the name of ADP Client Trust account, account numbers ending xx-5043 and xx-0785.

7. When the payroll for Sun Pacific was processed to make a payment to defendant WICK, ADP would debit funds from Sun Pacific's payroll account at Wells Fargo and transfer the funds from Sun Pacific's payroll account into ADP's Client Trust account ending xx-0785. ADP would then initiate a transfer, via direct deposit, from ADP's Client Trust account ending xx-5043 into defendant WICK's bank account and J.P.'s bank account.

2

B.   THE SCHEME TO DEFRAUD

8.   Beginning no later than in or about January 2015, and continuing until in or about April 2021, in Los Angeles County, within the Central District of California, and elsewhere, defendant WICK, knowingly and with the intent to defraud, devised, participated in, and executed a scheme to defraud Sun Pacific as to material matters, and to obtain moneys, funds, assets, and other property owned by and in the custody and control of Sun Pacific by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

9.   The fraudulent scheme operated and was carried out, in substance, in the following manner:

   a.   Defendant WICK directed ADP to issue unauthorized payroll payments, which defendant WICK knew were in excess of payments defendant WICK was entitled to receive from Sun Pacific. Those payments were drawn on Sun Pacific's payroll account and made payable to defendant ("unauthorized payroll payments").

   b.   Defendant WICK caused ADP: (i) to fraudulently issue the unauthorized payroll payments; and (ii) to direct deposit the unauthorized payroll payments into defendant WICK's bank account and J.P.'s bank account.

   c.   Defendant WICK withdrew from her bank account (by means of checks, Automated Teller Machine withdrawals, and outgoing wire transfers) proceeds of the unauthorized payroll payments defendant WICK had fraudulently authorized ADP to deposit into WICK's bank account.

   d.   Defendant WICK used the proceeds of the unauthorized payroll checks to pay personal expenses for defendant WICK and

defendant WICK's family members, including credit card payments for defendant WICK and defendant WICK's family members; mortgage payments for defendant WICK's father; rent payments for defendant WICK's son; car payments, restaurant, retail, and vacation expenses for defendant WICK and defendant WICK's family members; and expenses related to staging Elvis Presley tribute shows.

      e. To further and conceal her scheme, and in order to avoid its detection, defendant WICK, after directing ADP to fraudulently issue the unauthorized payroll payments to herself and after those payments had already been directly deposited into defendant WICK's bank account and J.P.'s bank account, contacted ADP later to cancel and void the payroll deposits of some of the unauthorized payroll payments, which defendant WICK knew would cause ADP to record the unauthorized payments as negative payments on ADP's payroll register and on paper, and cause defendant WICK's annual payroll records and Internal Revenue Service Form W-2 (Wage and Tax Statement) generated by ADP to not reflect the reality of the total unearned unauthorized payroll payments that defendant WICK caused to be deposited in her bank account and J.P.'s bank account.

      f. To further and conceal her scheme, and in order to avoid its detection, defendant WICK also prepared false journal entries in Sun Pacific's intercompany payroll accounting ledgers purporting to transfer funds from other accounts to cover up the unauthorized payroll payments to defendant WICK.

10. As a result of the fraudulent scheme described above, defendant WICK caused losses of at least approximately $5,411,603 to Sun Pacific based on funds defendant WICK embezzled from Sun Pacific to perpetuate her scheme.

4

C.    USE OF THE WIRES

11.   On or about March 12, 2021, in Los Angeles County, within the Central District of California, and elsewhere, for the purpose of executing the above-described scheme to defraud, defendant WICK transmitted and caused the transmission of a wire communication in interstate commerce, namely, a wire transfer of approximately $279,839 sent from and drawn on ADP's Client Trust account number ending xx-0785 in Minnesota and direct deposited into WICK's bank account in California.

TRACY L. WILKISON
United States Attorney

*[signature]*

SCOTT M. GARRINGER
Assistant United States Attorney
Chief, Criminal Division

KRISTEN A. WILLIAMS
Assistant United States Attorney
Acting Chief, Major Frauds Section

STEVEN M. ARKOW
Assistant United States Attorney
Major Frauds Section